1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| MARIANNE BROOKS, | Case No. 2:19-cv-10110-DSF-JC |
|---|---|
| Plaintiff, | |
| v. | |
| TRANS UNION LLC, EXPERIAN INFORMATION SOLUTIONS INC., AND POSSIBLE FINANCIAL, INC., | **DISMISSAL WITH PREJUDICE** |
| Defendants. | |

IT IS ORDERED that the claims and causes of action that were or could have been asserted herein by Plaintiff Marianne Brooks against Defendant Trans Union LLC are in all respects dismissed with prejudice to the refiling of same, with court costs and attorneys' fees to be paid by the party incurring same.

IT IS SO ORDERED.

DATED: June 12, 2020

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE

4090808.1